UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 OCT -4  P 1: 52

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. H-90-18 |
| vs. | ) | Civ. No. 3:95CV1145 [AHN] |
| | ) | |
| GAETANO MILANO | ) | |
| | | |
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. H-90-18 |
| vs. | ) | Civ. No. 3:95CV1171 [AHN] |
| | ) | |
| LOUIS PUGLIANO | ) | |
| | | |
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. H-90-18 |
| vs. | ) | Civ. No. 3:95CV1330 [AHN] |
| | ) | |
| FRANK A. PUGLIANO | ) | |

PETITIONER LOUIS PUGLIANO'S MOTION
FOR LEAVE TO JOIN IN PETITIONER MILANO'S
RENEWED MOTION FOR LEAVE TO CONDUCT DISCOVERY
RELATING TO THE GOVERNMENT'S PRETRIAL
CONFIDENTIAL INFORMANT NON-DISCLOSURE WITH ATTACHMENTS
AND IN PETITIONER MILANO'S MEMORANDUM
IN SUPPORT OF MOTION TO CONDUCT DISCOVERY, ETC.

Petitioner Louis Pugliano requests leave of the Court to join in Petitioner Gaetano Milano's September 21, 2005 Renewed Motion For Leave To Conduct Discovery Relating To The Government's Pretrial Confidential Informant Non-Disclosure And In Petitioner Milano's Memorandum In Support Of Renewed Motion To Conduct Discovery, on the grounds that his interests in relation to the issues presented are

similar to Petitioner Milano's interests, and the interests of judicial economy will be served by allowing him to invoke Petitioner Milano's presentation of these issues. In support of this motion, Petitioner Louis Pugliano states:

1. Petitioner Milano's discovery requests concern a claim for habeas corpus relief which Petitioner Louis Pugliano has also asserted in these proceedings, and Petitioner Louis Pugliano's interests on this issue are indistinguishable in principle from those of Petitioner Milano.

2. Judicial economy is served by allowing Petitioner Louis Pugliano to join in Petitioner Gaetano Milano's motion and memorandum.

WHEREFORE, Petitioner Louis Pugliano requests permission of the Court to join in the Renewed Motion For Leave To Conduct Discovery Relating To The Government's Pretrial Confidential Informant Non-Disclosure And In Petitioner Milano's Memorandum In Support Of Renewed Motion To Conduct Discovery by Petitioner Gaetano Milano.

LOUIS PUGLIANO, PETITIONER

By /s/ John M. Thompson
John M. Thompson
Thompson & Thompson, P.C.
1331 Main Street, Suite 320
Springfield, MA 01103
[413] 739-2100
Federal Bar # CT15144

## Certificate of Service

I hereby certify that a true and accurate copy of the foregoing document was served upon counsel for all parties by first class mail, postage prepaid, addressed to each at his most recent address listed in the court's docket, this 30th day of September, 2005.

John M. Thompson