UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT    FILED

2005 NOV 14  P 12: 54

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Cr. No.  H-90-18 |
| | ) | Civ. No. 3:95CV1145 [AHN] |
| GAETANO MILANO | ) | |
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | Cr. No.  H-90-18 |
| | ) | Civ. No. 3:95CV1171 [AHN] |
| LOUIS PUGLIANO | ) | |
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | Cr. No.  H-90-18 |
| | ) | Civ. No. 3:95CV1330 [AHN] |
| FRANK A. PUGLIANO | ) | |

PETITIONER LOUIS PUGLIANO'S MOTION
FOR RULING ON PETITIONER MILANO'S UNOPPOSED
RENEWED MOTION FOR LEAVE TO CONDUCT DISCOVERY
RELATING TO THE GOVERNMENT'S PRETRIAL
CONFIDENTIAL INFORMANT NON-DISCLOSURE

Because the Government has filed no opposition to Petitioner Gaetano Milano's September 21, 2005 Renewed Motion For Leave To Conduct Discovery Relating To The Government's Pretrial Confidential Informant Non-Disclosure, in which Petitioner Louis Pugliano has joined, Petitioner Pugliano requests that the Court allow Petitioner Milano's unopposed motion and enter an order directing that the Requests For

Admissions attached to Petitioner Milano's motion be deemed to have been served on the Government in keeping with Rule 36 as of the date of the Court's order, thereby triggering the government's Rule 36 obligations as of the date of the order. Such an order would be a reasonable method of eliminating further undue delay in this step of the proceedings and would not be unfair to the Government, which has had the Requests for Admission since on or about September 22, 2005.

LOUIS PUGLIANO, PETITIONER

By /s/ John M. Thompson
John M. Thompson
Thompson & Thompson, P.C.
1331 Main Street, Suite 320
Springfield, MA 01103
[413] 739-2100
Federal Bar # CT15144

Certificate of Service

I hereby certify that a true and accurate copy of the foregoing document was served upon counsel for all parties by first class mail, postage prepaid, addressed to each at his most recent address listed in the court's docket, this 10th day of November, 2005.

/s/ John M. Thompson
John M. Thompson