UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 FEB -1  A 9:45

U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. H-90-18 |
| vs. | ) | Civ. No. 3:95CV1145 [AHN] |
| | ) | |
| GAETANO MILANO | ) | |
| | | |
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. H-90-18 |
| vs. | ) | Civ. No. 3:95CV1171 [AHN] |
| | ) | |
| LOUIS PUGLIANO | ) | |
| | | |
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. H-90-18 |
| vs. | ) | Civ. No. 3:95CV1330 [AHN] |
| | ) | |
| FRANK A. PUGLIANO | ) | |

PETITIONER LOUIS PUGLIANO'S NOTICE OF APPEAL

Petitioner Louis Pugliano hereby appeals to the United States Court of Appeals for the Second Circuit the District Court's December 19, 2005 order denying his claims that he was convicted in violation of his right to a jury selected from a fair cross section of the population in the division in which he was put to trial and that his trial counsel's failure to properly present this claim before trial constituted ineffective assistance of counsel.

LOUIS PUGLIANO, PETITIONER

By: /s/ John M. Thompson
John M. Thompson
Thompson & Thompson, P.C.
1331 Main Street, Suite 320
Springfield, MA 01103
[413] 739-2100
Federal Bar # CT15144

Certificate of Service

I hereby certify that a true and accurate copy of the foregoing document will be served upon counsel for all parties by first class mail, postage prepaid, addressed to each at his most recent address listed in the court's docket, on the first day of February, 2006.

/s/ John M. Thompson
John M. Thompson