UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CRIMINAL NO. 2:90CR00018(AHN) |
| | : | CIVIL NOS.    3:95CV1171(AHN) |
| LOUIS PUGLIANO, | : | 3:95CV1145(AHN) |
| GAETANO MILANO, | : | 3:95CV1330(AHN) |
| FRANK PUGLIANO, and | : | 3:97CV409(AHN) |
| FRANK COLANTONI | : | |
| | : | July 26, 2006 |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

The Government moves for an extension of time, <u>nunc pro tunc</u>, within which to respond to the petitioners' Motion for Rule 54(b) Judgment, which was filed on June 12, 2006. Since the time the original motion was filed, the parties have met concerning the parties' positions on the pending claims and expect to continue to discuss those positions.

In view of those discussions, the Government respectfully requests and extension of time to respond to the petitioners' motion up to and including September 8, 2006. This is the first motion to extend this particular deadline. The Government has sought the petitioners' position on this motion but has been unable to determine the petitioners' position.

WHEREFORE, the Government respectfully requests an extension of time up to and including September 8, 2006 within which to file its response to the petitioners' motion.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct15565
915 Lafayette Boulevard, Room 309
Bridgeport, Connecticut 06604
(203) 696-3000

<u>CERTIFICATION</u>

      I hereby certify that a copy of the within and foregoing was mailed, postage prepaid, this 26th day of July, 2006, to:

John M. Thompson, Esq.
1331 Main Street, Suite 320
Springfield, MA 01103
(Counsel for Louis Pugliano)

Craig A. Raabe, Esq.
280 Trumbull Street
Hartford, CT 06103
(Counsel for Gaetano Milano)

Vincent Bongiorni, Esq.
95 State Street
Springfield, MA 01103
(Counsel for Frank Pugliano)

Michael Fitzpatrick, Esq.
10 Middle Street, 11th Floor
Bridgeport, CT 06604
(Counsel for Frank Colantoni)

BY: _____
JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY