UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 DEC 20 A 11: 50
U.S. DISTRICT COURT
BRIDGEPORT, CONN

LOUIS PUGLIANO      :
   v.              :   CIVIL NO. 3:95CV1171(AHN)
                   :   CRIM. NO. H-90-18 (AHN)
UNITED STATES OF AMERICA :

ORDER

The motion of Petitioner, Louis Pugliano, to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 [doc. # 16], as amended, is GRANTED.

The court finds that there were available grounds in the Sentencing Guidelines that would have supported a sentence less than that imposed on the Petitioner, but his trial counsel failed to file any objections to the presentence report or to make any sentencing arguments asserting those grounds and his failure to do so constituted ineffective assistance of counsel. Further, there is a reasonable probability that, but for counsel's errors, the Petitioner's sentence probably would have been different and thus the Petitioner was prejudiced, regardless of the amount by which his sentence was affected by counsel's defective performance. Because the Petitioner has established ineffective assistance of counsel in this § 2255 proceeding, the appropriate remedy is for the Petitioner to be resentenced.

SO ORDERED this 19th day of December, 2006 at Bridgeport, Connecticut.

              Alan H. Nevas
          United States District Judge