

Conn/HAct
90-CR-18
Nevas

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Thomas Asreen
ACTING CLERK

| | |
|---|---|
| Date: | 1/5/07 |
| Docket Number: | 06-0410-cr |
| Short Title: | USA v. Milano (Pugliano) |
| DC Docket Number: | 90-cr-18 |
| DC: | CONNECTICUT (HARTFORD) |
| DC Judge: | Honorable Alan Nevas |



## MOTION INFORMATION FORM

Movant:

| | Yes | No |
|---|---|---|
| Consent sought from adversary(ies)? | /__/ | /__/ |
| Consent obtained from adversary(ies)? | /__/ | /__/ |
| Is oral argument desired? | /__/ | /__/ |

## ORDER

IT IS HEREBY ORDERED that the motion to dismiss the appeal be and it hereby is granted ~~denied~~.



FOR THE COURT:
THOMAS ASREEN, Acting Clerk
by
Arthur M. Heller, Motions Staff Attorney

A TRUE COPY
Thomas W. Asreen, Acting Clerk
by _Ralph Obas_
DEPUTY CLERK

ISSUED AS MANDATE: 2-1-07